**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Joshua Monroe, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-002434

———————

Appeal From Charleston County
J. C. Nicholson, Jr., Plea Judge
Roger M. Young, Sr., Plea Judge
Larry B. Hyman, Post-Conviction Relief Judge

———————

Unpublished Opinion No. 2018-UP-028
Submitted January 1, 2018 – Filed January 17, 2018

———————

**APPEAL DISMISSED**

———————

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Assistant Attorney General Ruston Wesley Neely, of Columbia, for Respondent.

———————

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Evidence supports the PCR court's dismissal of Petitioner's claim of ineffective assistance of counsel.  Accordingly, we deny certiorari on this issue.  *See Speaks v. State*, 377 S.C. 396, 399, 660 S.E.2d 512, 514 (2008) ("On appeal, the PCR court's ruling should be upheld if it is supported by any evidence of probative value in the record.").

Because evidence supports the PCR court's finding Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on this issue, dispense with further briefing, and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

After consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967), we dismiss Petitioner's direct appeal.  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.